1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISSLAW LLP**
   611 Wilshire Blvd., Suite 808
3  Los Angeles, CA 90017
   Telephone: 310/208-2800
4  Facsimile:  310/209-2348

5  *Attorneys for Plaintiff*

6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| STEPHEN BUSHANSKY, | Case No.  5:21-cv-09825 |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| NEOPHOTONICS CORPORATION, CHARLES J. ABBE, BANDEL L. CARANO, MICHAEL J. SOPHIE, KIMBERLY Y. CHAINEY, RAJIV RAMASWAMI, IHAB TARAZI, TIMOTHY S. JENKS, YANBING LI, and SHERI SAVAGE, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: February 3, 2022 | **WEISSLAW LLP** |
| 2 | | Joel E. Elkins |
| | | By: */s/ Joel E. Elkins* |
| 3 | | |
| 4 | | Joel E. Elkins (SBN 256020) |
| | | 611 Wilshire Blvd., Suite 808 |
| 5 | | Los Angeles, CA 90017 |
| | | Telephone:  310/208-2800 |
| 6 | | Facsimile:   310/209-2348 |
| 7 | | -and- |
| | | Richard A. Acocelli |
| 8 | | 305 Broadway, 7th Floor |
| | | New York, NY  10007 |
| 9 | | Telephone: 212/682-3025 |
| | | Facsimile:  212/682-3010 |
| 10 | | |
| 11 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL